# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**SHAKEYIA D. JOYNER**                                                 **PETITIONER**

v.                                           No. 3:19CV271-NBB-JMV

**STATE OF MISSISSIPPI**                                             **RESPONDENT**

## ORDER DIRECTING STATE TO RESPOND

Shakeyia D. Joyner has filed a petition for relief under 28 U.S.C. § 2254. It is **ORDERED**:

1. That no later than April 2, 2020, respondent, through Jim Hood, Attorney General of the State of Mississippi, file her answer to this action, along with full and complete transcripts of all proceedings in the state courts of Mississippi arising from the charge of three counts of armed robbery against the petitioner in the Circuit Court of DeSoto County, Mississippi (to the extent such are relevant to the State's response).

2. That within 14 days of service upon her of a copy of respondent's answer, petitioner may file her traverse or reply to the allegations contained in such answer.

3. The clerk of this court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Jim Hood, Attorney General of the State of Mississippi, or his lawful successor, to Assistant Attorneys General Jerrolyn Owens and Bridgette Grant. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of her current address could lead to dismissal of her lawsuit.

**SO ORDERED**, this, the 8th day of January, 2020.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE