**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**SHAKEYIA D. JOYNER**                                                                 **PETITIONER**

**v.**                                                                            **No. 3:19CV271-NBB-JMV**

**STATE OF MISSISSIPPI**                                                              **RESPONDENT**

**ORDER GRANTING STATE'S MOTION [27] TO CLARIFY**

This matter comes before the court on the motion [27] by the State to clarify whether it must address all of the claims the petitioner has made in her *sixteen* supplements to her original petition. The State argues in its pending motion to dismiss that the instant petition is untimely filed, or, in the alternative unexhausted. As the pending motion to dismiss rests solely on procedural grounds, the State need not consider the substance of the many supplements to the original petition. Should the court have occasion to address the merits of the instant petition, it will revisit which, if any, of the supplements to the petition will be considered. The State's Motion to Clarify is **GRANTED**.

**SO ORDERED**, this, the 8th day of April, 2020.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE