IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SHAKEYIA D. JOYNER**     **PETITIONER**

v.     No. 3:19CV271-NBB-JMV

**STATE OF MISSISSIPPI**     **RESPONDENT**

**ORDER DENYING PETITIONER'S MOTION [39]
FOR A CERTIFICATE OF APPEALABILITY**

This matter comes before the court on the motion [39] by the petitioner for a Certificate of Appealability. As the court has previously found that a Certificate of Appealability is not warranted in this case, the instant motion is **DENIED**.

**SO ORDERED**, this, the 29th day of June, 2020.

                                                       /s/ Neal Biggers
                                                       NEAL B. BIGGERS
                                                       SENIOR U. S. DISTRICT JUDGE