**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**SHAKEYIA D. JOYNER**                                                    **PETITIONER**

**v.**                                                    **No. 3:19CV271-NBB-JMV**

**STATE OF MISSISSIPPI**                                                    **RESPONDENT**

**ORDER DENYING APPLICATION [45] FOR
CERTIFICATE OF APPEALABILITY**

The court has twice found that a certificate of appealability should not issue in this case. The

petitioner has, nonetheless, again requested one. For the reasons set forth in two previous rulings [34],

[43], the present application [45] is also **DENIED**.

**SO ORDERED**, this, the 5th day of October, 2020.

   /s/ Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE